**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-24026-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACQUELINE D. GREEN, as Personal Representative
of the Estate of Marie Green and as Co-Trustee of the
Marie Green Revocable Trust; BERT GREEN, as
Co-Trustee of the Marie Green Revocable Trust,

    Defendant.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of March, 2020.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge **Lauren F. Louis**

All documents for filing in this case shall carry the following case number and designation: **19-cv-24026-Moore/Louis**.

BY ORDER of the Court this **23** day of **March**, 2020.

CLERK OF COURT

BY: **s/Valerie Kemp**
    Deputy Clerk