IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL NO. 1:19-24026-KMM

UNITED STATES OF AMERICA,

    *Plaintiff,*

  v.

JACQUELINE D. GREEN, as Personal Representative of the Estate of Marie Green and as Co-Trustee of the Marie Mary Green Revocable Trust; BERT GREEN, as Co-Trustee of the Marie Mary Green Revocable Trust,

    *Defendants.*

**LOCAL RULE 16.4 NOTICE OF SETTLEMENT**

The parties, pursuant to Southern District of Florida Local Rule 16.4, file this notice of settlement informing the Court that a Settlement Agreement has been reached to resolve the above-captioned matter. Pursuant to the Parties' Settlement Agreement, within one week of the filing of this Notice, the Parties will file a Joint Motion for Stipulated Final Judgment that will resolve all outstanding issues in this case.  The Government will voluntarily dismiss any remaining claims.

    //

    //

    //

    //

Respectfully submitted this 10th day of September 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Adam D. Strait
ADAM D. STRAIT (Mass. BBO No. 670484)
MARGARET S. SHOLIAN (Wash. Bar No. 51444)
JOHN P. NASTA, JR. (Fla. Bar No. 1004432)
Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Telephone:   (202) 307-2135 (Strait)
Telephone:   (202) 514-5900 (Sholian)
Telephone:   (202) 307-6560 (Nasta)
Facsimile:    (202) 514-4963
adam.d.strait@usdoj.gov
2argaret.s.sholian@usdoj.gov
john.nasta@usdoj.gov

*Of Counsel:*
ARIANA FAJARDO ORSHAN
U.S. Attorney, Southern District of Florida

*Attorneys for the United States of America*

/s/ Jeffrey A. Neiman
Jeffrey A. Neiman
Fla. Bar No. 544469
jneiman@mnrlawfirm.com
Derick Vollrath
Fla. Bar No. 126740
dvollrath@mnrlawfirm.com
**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 Southeast Third Ave
Suite 805
Fort Lauderdale, Florida 33315
Telephone: (305) 400-4269

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2020, I filed the foregoing document in the above-captioned matter through the Southern District of Florida's CM/ECF system, which has caused service to be made on all counsel of record in this matter.

/s/ Derick Vollrath