### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-24026-KMM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JACQUELINE D. GREEN, *et al.*,

     Defendants.

_____/

### **FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's Order on the Parties' Joint Motion for Entry of Judgment. (ECF No. 44). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED as follows:

1. Judgment is hereby ENTERED in favor of Plaintiff and against the Estate of Marie Green in the amount of $1,323,504 for penalties assessed against Defendants pursuant to 31 U.S.C. § 5321(a)(5). Post-judgment interest pursuant to 28 U.S.C. § 1961(a) and late-payment penalties pursuant to 31 U.S.C. § 3717(e) will continue to accrue as provided by law until the judgment is paid in full.

2. Plaintiff's claims against Defendants are DISMISSED. The Clerk of the Court is instructed to CLOSE this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  16th  day of September, 2020.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record