IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL NO. 1:19-24026-KMM

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

JACQUELINE D. GREEN, as Personal Representative of the Estate of Marie Green and as Co-Trustee of the Marie Mary Green Revocable Trust; BERT GREEN, as Co-Trustee of the Marie Mary Green Revocable Trust,

    *Defendants*.

## SATISFACTION OF JUDGMENT

Please take notice that the Final Judgment dated September 16, 2020 (Dkt. 45) has been satisfied. The United States respectfully requests the Clerk to so mark it.

Respectfully submitted this 15th day of October, 2020.

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General

    **Adam Strait**
    ADAM D. STRAIT (Mass. BBO No. 670484)
    MARGARET S. SHOLIAN (Wash. Bar No. 51444)
    JOHN P. NASTA, JR. (Fla. Bar No. 1004432)
    Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 14198
    Washington, D.C. 20044

Telephone: (202) 307-2135 (Strait)
Telephone: (202) 514-5900 (Sholian)
Telephone: (202) 307-6560 (Nasta)
Facsimile: (202) 514-4963
adam.d.strait@usdoj.gov
margaret.s.sholian@usdoj.gov
john.nasta@usdoj.gov

*Of Counsel:*
ARIANA FAJARDO ORSHAN
U.S. Attorney, Southern District of Florida

*Attorneys for the United States of America*